ACORD

# COMMERCIAL INSURANCE APPLICATION

## APPLICANT INFORMATION SECTION

OP ID: J2

DATE (MM/DD/YYYY): 5/5/2009

AGENCY: Brown & Brown of Florida, Inc.
5900 N. Andrews Ave. #300
P.O. Box 5727
Ft. Lauderdale, FL 33310-5727

PHONE (A/C, No, Ext): 954-776-2222
FAX (A/C, No): 954-776-4446
E-MAIL ADDRESS:
CODE: SUB CODE:
AGENCY CUSTOMER ID: HIPPO-1

CARRIER: James River Insurance Company+ | NAIC CODE: | UNDERWRITER: | UNDERWRITER OFF.:

POLICIES OR PROGRAM REQUESTED: GENERAL LIABILITY

POLICY NUMBER: 000115743

INDICATE SECTIONS ATTACHED

| | | | | | |
|---|---|---|---|---|---|
| | PROPERTY | | EQUIPMENT FLOATER | | GARAGE AND DEALERS |
| | GLASS AND SIGN | | INSTALLATION/BUILDERS RISK | | VEHICLE SCHEDULE |
| | ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | | ELECTRONIC DATA PROC | | BOILER & MACHINERY |
| | CRIME/MISCELLANEOUS CRIME | X | COMMERCIAL GENERAL LIABILITY | | WORKERS COMPENSATION |
| | TRANSPORTATION/ MOTOR TRUCK CARGO | | BUSINESS AUTO | | UMBRELLA |
| | | | TRUCKERS/MOTOR CARRIER | | |

## STATUS OF TRANSACTION

| | | | |
|---|---|---|---|
| | QUOTE | X | ISSUE POLICY |
| X | BOUND (Give Date and/or Attach Copy): | | RENEW |
| | CHANGE | DATE | TIME |
| | CANCEL | 08/30/04 | 12:01 X AM / PM |

## PACKAGE POLICY INFORMATION

ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 07/14/09 | 07/14/10 | DIRECT BILL / X AGENCY BILL | ANNUAL | |

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds): Hippocrates Health Institute of Florida, Inc.

MAILING ADDRESS INCL ZIP+4 (of First Named Insured): Attn: Soct Josephson
1443 Palmdale Court
West Palm Beach, FL 33411

FEIN OR SOC SEC # (of First Named Insured):
PHONE (A/C, No, Ext): 561-471-8876
E-MAIL ADDRESS(ES):
WEBSITE ADDRESS(ES):

| | | | | | |
|---|---|---|---|---|---|
| | INDIVIDUAL | X | CORPORATION | | SUBCHAPTER "S" CORPORATION |
| | PARTNERSHIP | | JOINT VENTURE | | NOT FOR PROFIT ORG |
| | LLC | | NO. OF MEMBERS AND MANAGERS | | |

CR BUREAU NAME: | ID NUMBER: | DATE BUS STARTED:

INSPECTION CONTACT: Michelle Villareale
PHONE (A/C, No, Ext): 561-471-8876 | E-MAIL ADDRESS:

ACCOUNTING RECORDS CONTACT: same
PHONE (A/C, No, Ext): | E-MAIL ADDRESS:

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1443 Palmdale Court West Palm Beach FL 33341 Palm Beach | X INSIDE / OUTSIDE | X OWNER / TENANT | | | | |
| 1 | 2 | 1443 Palmdale Court West Palm Beach FL 33341 Palm Beach | X INSIDE / OUTSIDE | X OWNER / TENANT | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

| | | |
|---|---|---|
| 1 | 1 | Educational & Therapeutic facility operating as guests stay over and attend daily. Learn to eat properly and participate in therapy sessions.Naturopa |
| 1 | 2 | Administration and Fitness Building |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY ? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | X | |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | | |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

BUSINESS TYPE OTHER DESCRIPTION

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE | DATE | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|
| | | Andrew Noye, CIC, CRIS | |

EXHIBIT A

© ACORD CORPORATION 1993-2005

## PRIOR CARRIER INFORMATION

HIPPO-1 OP ID: J2

| LINE | CATEGORY | 04-05 | 2005-2006 | 2006-2007 | | |
|---|---|---|---|---|---|---|
| GENERAL LIABILITY (COMMERCIAL) | CARRIER | Essex | James River Ins | James River Ins | | |
| | POLICY NUMBER | 3CP3663 | 00011574-0 | 000115741 | | |
| | POLICY TYPE | CLAIMS MADE / X OCCURRENCE | CLAIMS MADE / X OCCURRENCE | CLAIMS MADE / X OCCURRENCE | CLAIMS MADE / OCCURRENCE | CLAIMS MADE / OCCURRENCE |
| | RETRO DATE | | | | | |
| | EFF-EXP DATE | 08/30/04 08/30/05 | 08/30/05 08/30/06 | 08/30/06 07/14/07 | | |
| | LIMITS: GENERAL AGGREGATE | 2,000,000 | 2,000,000 | 2,000,000 | | |
| | PRODUCTS COMP OP AGGREGATE | EXCLUDED | INCLUDED | INCLUDED | | |
| | PERSONAL & ADV INJ | 1,000,000 | 1,000,000 | 1,000,000 | | |
| | EACH OCCURRENCE | 1,000,000 | 1,000,000 | 1,000,000 | | |
| | FIRE DAMAGE | 50,000 | 50,000 | 50,000 | | |
| | MEDICAL EXPENSE | 1,000 | EXCLUDED | EXCLUDED | | |
| | BODILY INJURY OCCURRENCE | | | | | |
| | BODILY INJURY AGGREGATE | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | |
| | COMBINED SINGLE LIMIT | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | 36,000.00 | 35,250.00 | 36,113.00 | | |
| AUTOMOBILE LIABILITY | CARRIER | | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | | | | | |
| | EFF-EXP DATE | | | | | |
| | COMBINED SINGLE LIMIT | | | | | |
| | BODILY INJURY EA PERSON | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | |
| | PROPERTY DAMAGE | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |
| PROPERTY | CARRIER | | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | | | | | |
| | EFF-EXP DATE | | | | | |
| | BUILDING AMT | | | | | |
| | PERS PROP AMT | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |
| | CARRIER | | | | | |
| | POLICY NUMBER | | | | | |
| | POLICY TYPE | | | | | |
| | EFF-EXP DATE | | | | | |
| | LIMIT | | | | | |
| | MODIFICATION FACTOR | | | | | |
| | TOTAL PREMIUM | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)

X CHK HERE IF NONE ☐ SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS OPEN | CLAIM STATUS CLSD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

REMARKS NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS

☐ STATE SUPPLEMENT(S) (If applicable)

☐ COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

## ADDITIONAL PREMISES INFORMATION

| LOC # 1 BUILDING # 3 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Juice Room | | | | | | | | |

| LOC # 1 BUILDING # 4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Cottage D,E,F,G | | | | | | | | |

| LOC # 1 BUILDING # 5 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Cottage C | | | | | | | | |

| LOC # 1 BUILDING # 6 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Cottage A | | | | | | | | |

| LOC # 1 BUILDING # 7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Cottage B | | | | | | | | |

| LOC # 1 BUILDING # 8 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Bathouse | | | | | | | | |

| LOC # 1 BUILDING # 9 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Therapy Building | | | | | | | | |

| LOC # 1 BUILDING # 10 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X | INSIDE | X | OWNER | | | | |
| | | OUTSIDE | | TENANT | | | | |
| NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS<br>Greenhouse | | | | | | | | |

## ADDITIONAL PREMISES INFORMATION

**LOC # 2 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1286 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
La Palma Residence

**LOC # 2 BUILDING # 2**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1286 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
El Nido Cottage

**LOC # 3 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 7215 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
La Casa Grande Cottage

**LOC # 3 BUILDING # 2**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 7215 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Housekeeping

**LOC # 4 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1275 Skees Road<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Pune Del Este Cottage

**LOC # 4 BUILDING # 2**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1275 Skees Road<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Garage

**LOC # 5 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1312 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
El Esperenza Cottage

**LOC # 5 BUILDING # 2**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1312 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | X INSIDE<br>☐ OUTSIDE | X OWNER<br>☐ TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Maintenance Garage

## ADDITIONAL PREMISES INFORMATION

**LOC # 6 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 7221 Palmdale Ct.<br>West Palm Beach FL 33341<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
El Dorado Cottage

**LOC # 7 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 6889 Lakeside Road<br>West Palm Beach FL 33341<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Cottage

**LOC # 8 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1333 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Lily Cottage

**LOC # 9 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1341 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Parazo Cottage

**LOC # 1 BUILDING # 11**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1443 Palmdale Court<br>West Palm Beach FL 33341<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Hut

**LOC # 10 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| Fog Hill Road<br>Canaan & Austerlitz NY | [ ] INSIDE<br>[X] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
150 acres vacant land in rural New York State

**LOC # 11 BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 6915 Imperial Drive<br>West Palm Beach FL 33411<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | 1980 | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
McCuen's House

**LOC # 11 BUILDING # 2**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 6915 Imperial Drive<br>West Palm Beach FL 33411<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | 1980 | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
McCuen's Garage

## ADDITIONAL PREMISES INFORMATION

LOC # 12 BUILDING # 1

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1404 Skees Road<br>West Palm Beach FL 33411<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Skees Road Vacant Land

LOC # 13 BUILDING # 1

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1226 Palmdale<br>West Palm Beach FL 33411<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
Palmdale vacant lot

LOC # 14 BUILDING # 1

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 1375 Skees Road<br>West Palm Beach FL 33411<br>Palm Beach | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS
1375 Skees vacant lot

LOC # BUILDING #

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | [ ] INSIDE<br>[ ] OUTSIDE | [ ] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

LOC # BUILDING #

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | [ ] INSIDE<br>[ ] OUTSIDE | [ ] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

LOC # BUILDING #

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | [ ] INSIDE<br>[ ] OUTSIDE | [ ] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

LOC # BUILDING #

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | [ ] INSIDE<br>[ ] OUTSIDE | [ ] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

LOC # BUILDING #

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | [ ] INSIDE<br>[ ] OUTSIDE | [ ] OWNER<br>[ ] TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

954-776-4446
954-331-1319

SHAND MORAHAN & COMPANY, INC.
Ten Parkway North, Deerfield, IL 60015
(847) 572-6000 Fax (847) 572-6137
Underwriting Manager
A Markel Company

o DEERFIELD INSURANCE COMPANY
o EVANSTON INSURANCE COMPANY
o ESSEX INSURANCE COMPANY
o MARKEL AMERICAN INSURANCE COMPANY
o MARKEL INSURANCE COMPANY

## APPLICATION FOR CLINICS (MEDICAL, DENTAL, PUBLIC HEALTH, MENTAL HEALTH, OTHER) PROFESSIONAL LIABILITY INSURANCE

NOTICE: The policy for which application is made provides coverage on a "CLAIMS MADE" basis. Please read the policy carefully.

If space is insufficient to answer any question fully, attach a separate sheet.

### I. GENERAL INFORMATION

1. (a) Full name of Applicant: Hippocrates Health Institute of Florida, Inc
   (b) Principal practice address: 1443 Palmdale Ct (Street) Palm Beach (County)
   West Palm Beach (City) FL (State) 33411 (Zip)
   (c) Location: Stand alone X Hospital ___ School ___ Correctional Facility ___ Other ___
   (d) (i) Phone: 561 471-8876
   (ii) E-Mail Address: ___ (iii) Website Address: ___
   (e) Dater Established: ___
   Attached a proforma business plan if the Applicant is newly established.
   (g) Federal Tax ID Number: ___
2. Applicant is a:
   [X] professional corporation
   [ ] limited liability company
   [ ] other ___
   [ ] joint venture
   [ ] professional association
   [ ] partnership
3. Name(s) of all partners or members of the clinic who provide professional services: No Partners or Associations – Therapists are independent Contractors.
4. Does any owner, partner or director operate or administer, wholly or in part, any hospital, nursing home or other institution where medical services are rendered? ..... [ ] Yes [X] No
   If Yes, provide details, including name, location, size and number of beds. ___
5. Is the Applicant a "Covered Entity" under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Rule? N/A ..... [ ] Yes [X] No
   If Yes,
   (a) Has the Applicant implemented procedures to comply with the HIPAA Privacy Rule? N/A ..... [ ] Yes [X] No
   (b) Provide the name and title of the Applicant's Privacy Officer. ___
   Our Business Associate Agreement is available at www.shand.com or by fax by calling (847) 572-6268 (Form No.ZZ50002). This is the only Business Associate Agreement we will recognize.

### II. OPERATIONS

1. Days/hours of operation: M-F
2. (a) Provide the name and specialty of the Applicant's Medical Director: Brian Clement
   (b) Does the Applicant's Medical Director have direct patient contact? ..... [X] Yes [ ] No
   (c) Is the Applicant's Medical Director full-time or part-time? F/T

3. Applicant's professional specialty: Nutritional

4. Provide the percentage of patients/clients: GUESTS

| | | | | | |
|---|---|---|---|---|---|
| Bariatrics | ____% | Holistic medicine | 75% | Sleep Disorders | 25% |
| Communicable Disease | ____% | Obstetrical | ____% | Stress Testing | ____% |
| Correctional Medicine | ____% | Oncology | ____% | Students | 10% |
| Dental | ____% | Pain Management | ____% | Substance Abuse | ____% |
| Disability Evaluation | ____% | Pediatric | ____% | Surgical | ____% |
| Family Planning | ____% | Physical Rehabilitation | ____% | Urgent Care | ____% |
| Free Clinic | ____% | Psychiatric | ____% | | |
| Hemodialysis | ____% | Research or Experimental ____% | | | |

5. List all Locations where Applicant is registered and licensed to operate:
Location 1: 1443 Palmdale Ct WPB FL 33411
Location 2: ____
Location 3: ____
Location 4: ____

6. Name(s) and location(s) of any hospital or medical facility that the Applicant refers in practice: N/A

7. Has the Applicant's state license, registration or certification, or certification for federal reimbursement ever been limited, revoked, suspended, refused, cancelled or voluntarily surrendered? [ ] Yes [X] No
If Yes, provide details.

8. List all accreditations and association memberships held by Applicant's facility and include a copy of the most recent report: N/A - No association - Hippocrates are independent operators

9. Does the Applicant participate in any state patient compensation fund? [ ] Yes [X] No

10. Is the Applicant "deemed" under the Federal Tort Claims Act ("FTCA")? [ ] Yes [ ] No
If Yes, what percentage of services are provided under the FTCA? ____

11. Does the Applicant or any of its employees or independent contractors provide services for correctional facilities, such as a jail, detention center, prison, etc.? [ ] Yes [X] No

12. Applicant's Gross Revenues:

| | Last Twelve Months | Next Twelve Months |
|---|---|---|
| Fee for Service | $ ~~1.6m~~ 1.7M | $ ~~1.6M~~ 1.4M |
| Medicare/Medicaid Funds | $ 0 | $ 0 |
| Research | $ 0 | $ 0 |
| Other (describe) | $ 0 12.6M | $ 0 10.7M |
| TOTAL GROSS REVENUES | $ ~~1.6M~~ 14.3M | $ ~~1.6M~~ 12.1M |

13. Number of outpatient/client visits:

| | Last Twelve Months | Next Twelve Months |
|---|---|---|
| Clinics | ~~18K~~ 5,000 GUESTS SEEN 3X | ~~18K~~ 4250 |
| Laboratory | 0 | 0 |
| X-ray/imaging | 0 | 0 |
| Pharmacy | 0 | 0 |
| TOTAL VISITS: | ~~18K~~ 5,000 | ~~18K~~ 4250 |

NOTE: If Applicant provided services for correctional facilities, provide number of inmates: N/A

14. Does the Applicant maintain any beds for overnight occupancy:
(a) On the Applicant's premises? Non-hospital beds - Just like hotel accomodations [ ] Yes [X] No
If Yes,
(i) No. of beds: ____
(ii) Attach a copy of license and an explanation including protocols for on site 24 hour staffing.

JULY 09 JULY 10.

(b) Off the Applicant's premises? ........................................................................[ ] Yes [X] No
If Yes,
(i) No. of beds: ____
(ii) Attach a copy of license and an explanation including protocols for on site 24 hour staffing.

## III. STAFF

1. Indicate the number of professional employees, independent contractors and volunteers. If None, state None.

| | Employees | | Independent Contractors | | Volunteers | |
|---|---|---|---|---|---|---|
| | Full-Time | Part-Time | Full-Time | Part-Time | Full-Time | Part-Time |
| Physicians: No surgery (other than incision of boils, suturing of skin) or obstetrical procedures | 1 | 1 | | | | |
| Physicians: Minor surgery or obstetrical procedures not constituting major surgery | | | | | | |
| Anesthesiologists | | | | | | |
| Obstetrics-Gynecologists | | | | | | |
| Oncologists | | | | | | |
| Ophthalmologists | | | | | | |
| Urologists | | | | | | |
| Dentists | | | | | | |
| Chiropractors | | | | | | |
| Nurse Anesthetists | | | | | | |
| Nurse Practitioners | | | | | | |
| Optometrists | | | | | | |
| Pharmacists | | | | | | |
| Physician Assistants | | | | | | |
| Podiatrists | | | | | | |
| Psychologists | | | | | | |
| RNs/LPNs/LVNs | | 2 | | | | |
| Social Workers | | | | | | |
| Other (describe): | | | | | | |

NOTE: If the Applicant requires any of the above to be Insureds, submit a separate application for each such individual.

2. Are all of the above persons licensed in accordance with applicable state and federal regulation? .....[X] Yes [ ] No
If No, attach explanation.

3. Do all professional staff maintain a Professional Liability Insurance Policy? ..................................[X] Yes [ ] No
If Yes, what are the minimum limits of liability that the Applicant requires?
$________________each claim / $________________ aggregate

## IV. PROFESSIONAL SERVICES

1. Does the Applicant's employees or independent contractors:
(a) Perform any minor surgery other than incision of boils and superficial abscesses or suturing skin and superficial fascia? ........................................................................................[ ] Yes [X] No
If Yes, list all minor/invasive procedures ________________________________
(b) Perform any anti-aging procedures, including Botox or other injectables? ..................................[ ] Yes [X] No
If Yes, complete a Supplement for Medical Spa/Anti-Aging Clinics (SM31001).

(c) Perform abortions and/or menstrual extractions? ........ [ ] Yes [X] No
If the Applicant provides pregnancy termination complete a Supplement for Abortion Centers (SM31002)

(d) Perform any experimental procedures or research testing? ........ [ ] Yes [X] No
If Yes, are they FDA approved? ........ [ ] Yes [X] No
If No, attach a description.

(e) Perform any chelation therapy services? ........ [ ] Yes [X] No
If Yes, explain: Not chelation vitamin infusions

(f) Administer anesthesia other than topical or local infiltration? ........ [ ] Yes [X] No
If Yes, attach detailed explanation.

(g) Use drugs for weight reduction for patients? ........ [ ] Yes [X] No
If Yes, attach list of drugs used and percentage of practice devoted to weight reduction; frequency and duration of prescriptions of weight reduction drugs and quantity dispensed.

(h) Administer any methadone treatment? ........ [ ] Yes [X] No
If Yes,
(i) Provide the number of treatments during the:
Last 12 months ______ Next 12 months ______
(ii) Attach a description of treatment and controls used.

(i) Provide teleradiology services? ........ [ ] Yes [X] No
If Yes, provide description of services and for whom services are provided. ______

(j) Offer professional advice to the public via the internet, newspapers or broadcasts? ........ [ ] Yes [X] No
If Yes, provide details. ______

(k) Advertise professional services in any manner other than a simple listing in a telephone directory? ........ [ ] Yes [X] No
If Yes, attach a copy of all advertisements.

2. Does the Applicant use a collection agency: ........ [ ] Yes [X] No
If Yes,
(i) Name of agency: ______
(ii) Does the agency have authority to file a collection suit on behalf of the Applicant? ........ [ ] Yes [X] No

## V. CLAIMS AND HISTORY

1. Has the Applicant or any of its employees ever-
(a) Been the subject of disciplinary or investigatory proceedings or reprimand by a licensing, administrative or governmental agency? ........ [ ] Yes [X] No
(b) Been convicted for an act committed in violation of any law or ordinance including traffic offenses? ........ [ ] Yes [X] No
If Yes, provide details. ______
(c) Been evaluated or treated for alcoholism or drug addiction or mental or mental or emotional disorders? ........ [ ] Yes [X] No
If Yes, provide details. ______
(d) Had any professional license or license to prescribe or dispense narcotics been denied, limited, refused, suspended, revoked, renewal refused or accepted only on special terms or has the Applicant or any of its employees voluntarily surrendered any professional license? ........ [ ] Yes [X] No
If Yes, provide details. ______

2. Has any claim or suit for malpractice ever been made against the Applicant or any person proposed for this insurance? ........ [ ] Yes [X] No
If Yes, how many? ______

3. Has any claim or suit for malpractice ever been made against the Applicant or any person proposed for this insurance that has not been reported to the Applicant's current or prior insurer? ........ [ ] Yes [X] No
If Yes, explain. ______

4. Is the Applicant or any person proposed for this insurance aware of any act, error, omission, fact, circumstance, or records request from any attorney which may result in a malpractice claim or suit? .. [ ] Yes [X] No
If Yes, how many? ______

5. Has any insurer cancelled, rescinded, nonrenewed or declined any similar insurance for the Applicant, its predecessors, subsidiaries, affiliates, employees and/or for any other person or entity proposed for his insurance in the last five years? .......... Yes [ ] No [X]
If Yes, attach a copy of such insurer's notice.

6. List prior Professional Liability Insurance for each of the last five (5) years, including the current year:
If None, check here. [ ]

| Ins Company | Limits of Liability | Premium | Eff./Exp. Dates | Claims Made or Occurrence Form | Retroactive Date |
|---|---|---|---|---|---|
| EVANSTON INS | 1M/3M | 33,000 | 6/1/06-07 | CM | 6/1/05 |
| " | " | 30,000 | 6/1/05-06 | CM | 6/1/05 |
| Evanston Ins | 1/3 mil | 27,715 | 7/14/08-09 | CM | 6/1/05 |

7. List prior General Liability Insurance for each of the last five (5) years, including the current year:

| Ins Company | Limits of Liability | Premium | Eff./Exp. Dates | Claims Made or Occurrence Form | Retroactive Date |
|---|---|---|---|---|---|
| James River Ins | 1/2 mil | 36,000 | 8/30/07-08 | Occurrence | |
| James River Ins | 1/2 mil | 36,000 | 8/30/05-06 | " | |
| Essex Ins | 1/2 mil | | 8/30/04-05 | " | |
| James River | 1/2 mil | 40,500 | 7/14/08-09 | Occ | |

## VI. GENERAL LIABILITY (To be completed by the Applicant if applying for General Liability)

1. Complete the following for each of the Applicant's facilities:

| Location Number | Name of Facility | Address | Description of Facility | Does the Applicant Maintain a Garage? (Yes/No) | Is There an Adjacent Exposure? (Yes/No) |
|---|---|---|---|---|---|
| 1 | HippoCRATES INST | 1443 Palmdale Ct W.P.B., Fl | Natural Health | | |
| 2 | | | | | |
| 3 | | | | | |

2. Complete the following for each of the Applicant's locations:

| | Location 1 | Location 2 | Location 3 | Location 4 |
|---|---|---|---|---|
| Square Footage* | | | | |
| Year Built | | | | |
| Year Remodeled | | | | |
| Number of Stories | | | | |
| Type of Construction (frame, brick, concrete) | | | | |
| Percentage of Building Occupied by Applicant | | | | |
| Other occupants? (Yes/No) | | | | |

*Include square footage of parking facilities if owned or rented by the Applicant.

3. Are all of the Applicant's locations equipped with:
(a) Complete Sprinkler System? .......... [ ] Yes [ ] No
(b) At least two clearly marked exits on each floor? .......... [ ] Yes [ ] No
(c) Self-closing fire doors on each floor? .......... [ ] Yes [ ] No

(d) Automatic fire alarm system connected to a local fire department? [ ] Yes [ ] No
(e) Smoke detectors? [ ] Yes [ ] No
(f) Emergency electrical system? [ ] Yes [ ] No
(g) Heat sensors? [ ] Yes [ ] No
(h) Fire escape(s)? [ ] Yes [ ] No
(i) Posted emergency evacuation procedures? [ ] Yes [ ] No
(j) Properly maintained fire extinguishers? [ ] Yes [ ] No

If any of the above are answered No, provide details by attachment. [ ] Yes [ ] No

4. Does the Applicant have a written safety program in place? If Yes, attach a copy of the written safety program. [ ] Yes [ ] No

5. Does the Applicant have written procedures for incident reporting? [ ] Yes [ ] No

6. Do any of the Applicant's locations have any:
(a) Exposure to flammables, explosive, chemicals? [ ] Yes [ ] No
(b) Catastrophe exposure? [ ] Yes [ ] No
(c) Exposure to radioactive materials? [ ] Yes [ ] No

7. Do any of the Applicant's operations involve storing, treating, discharging, applying, disposing, or transporting hazardous materials? [ ] Yes [ ] No

8. Does the Applicant sell or lease any medical equipment or products to patients/clients or others in connection with Applicant's operation? [ ] Yes [ ] No
If Yes, Total Annual Sales $______
Total Annual/Lease Rental Receipts $______

9. Does the Applicant:
(a) Loan or rent machinery or equipment to others? [ ] Yes [ ] No
(b) Own any elevators or escalators? [ ] Yes [ ] No
(c) Own or rent any parking facility? [ ] Yes [ ] No
(d) Provide any recreational facility? [ ] Yes [ ] No
(e) Have a swimming pool on the premises? [ ] Yes [ ] No
(f) Sponsor any sporting or social events? [ ] Yes [ ] No

10. Has any claim for General Liability ever been made against any person(s) or entity(ies) proposed for this insurance? [ ] Yes [ ] No
If Yes, answer the following:
Provide three year loss history for claims under $100,000 Loss and Expense and ten years for claims $100,000 and greater. Attach further sheets if needed.

| Date of Occurrence | Date Claim Made | Description of Loss | Amount of Loss Reserved and Paid | Amount of Expenses Reserved and Paid | Open (O) or Closed (C) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

11. Is (are) any person(s) or entity(ies) proposed for this insurance aware of any fact, circumstance or situation which may result in a General Liability claim, such that would fall under the proposed insurance? [ ] Yes [ ] No
If Yes, provide details for each incident.

## VII. ADDITIONAL INFORMATION

As part of this Application attach the following:

1. A CV of Medical Director including specialty and board certification.
2. Five (5) years of currently valued Professional Liability Insurance and General Liability Insurance claim runs from current and prior insurers or complete a Supplemental Claim Information form (SM6238) for each claim.
3. A list of any activities or procedures performed that are not otherwise described in this Application.

4. Credentialing, Risk Management protocols.
5. Most recent annual financial statements, both a balance sheet and a revenue and expense statement. If the Applicant is newly established attached proforma financial statements.
6. Complete an Additional Insured Supplement for any additional insured that coverage is being requested for under General Liability Coverage.

**NOTICE TO THE APPLICANT - PLEASE READ CAREFULLY**

The policy applied for is SOLELY AS STATED IN THE POLICY, if issued, which provides coverage on a "CLAIMS MADE" basis for ONLY THOSE "CLAIMS" THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD, unless the Extended Reporting Period option is exercised in accordance with the terms of the policy.

Shand Morahan & Company, Inc. or the Company is authorized to make any inquiry in connection with this application. Signing this application does not bind the Company to provide or the Applicant to purchase the insurance.

This application, information submitted with this application and all previous applications and material changes thereto of which Shand Morahan & Company, Inc. receives notice is on file with Shand Morahan & Company, Inc. and is considered physically attached to and part of the of the policy if issued. Shand Morahan & Company, Inc. and the Company will have relied upon this application and all such attachments in issuing the policy. If the information in this application or any attachment materially changes between the date this application is signed and the effective date of the policy, the Applicant will promptly notify Shand Morahan & Company, Inc., who may modify or withdraw any outstanding quotation or agreement to bind coverage.

**WARRANTY**

I/We warrant to the Company, that I/We understand and accept the notice stated above and that the information contained herein is true and that it shall be the basis of the policy and deemed incorporated therein, should the Company evidence its acceptance of this application by issuance of a policy. I/We authorize the release of claim information from any prior insurer to Shand Morahan & Company, Inc. or the Company, Ten Parkway North, Deerfield, Illinois 60015.

Must be signed by the Applicant within 60 days of the proposed effective date.

(X) Hippocrates Health Institute

Name of Applicant

Title

(X)

Signature of Applicant

Date

**Notice to Applicants:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and civil penalties.

**ADDITIONAL EXPLANATIONS**

SHAND MORAHAN & COMPANY, INC.
Ten Parkway North, Deerfield, IL 60015
(847) 572-6000 Fax (847) 572-6137
Underwriting Manager
A Markel Company

- DEERFIELD INSURANCE COMPANY
- EVANSTON INSURANCE COMPANY
- ESSEX INSURANCE COMPANY
- MARKEL AMERICAN INSURANCE COMPANY
- MARKEL INSURANCE COMPANY

## ALTERNATIVE THERAPIES SUPPLEMENT

PLEASE READ CAREFULLY THE STATEMENTS AT THE END OF THIS APPLICATION.

### 1. APPLICANT PROFESSIONAL SERVICES & MEDICAL PRACTICE

a) Acupuncture, for analgesia, asthma, nicotine addiction, headache, low back pain (circle each that apply).... [✓] Yes [ ] No
If yes, do you only use disposable needles? .......... [ ] Yes [ ] No
(If no, attach details.)
Do you use lasers on the acupuncture points? .......... [ ] Yes [ ] No
(If yes, we will need a copy of your training - please attach.)

b) Electro acupuncture .......... [ ] Yes [✓] No

c) Acupressure .......... [✓] Yes [ ] No

d) Ayurvedic Medicine .......... [✓] Yes [ ] No

e) Biofeedback .......... [✓] Yes [ ] No

f) Chelation Therapy.. Not Chelation [ ] Yes [✓] No
If yes, indicate No. of annual treatments Vit and Minerals
what is your certification, or attach a copy of your training MD date certified

g) Chiropractic .......... [ ] Yes [✓] No
If yes, do you perform manipulation under anesthesia? .......... [ ] Yes [✓] No

h) Homeopathy .......... [ ] Yes [✓] No

i) Hypnosis .......... [ ] Yes [✓] No

j) Invasive Procedures (If yes, attach details.) .......... [ ] Yes [✓] No

k) Light Therapy .......... [✓] Yes [X] No

l) Massage Therapy.... Regular .......... [✓] Yes [ ] No

m) Megavitamins.... Vitamins .......... [✓] Yes [ ] No
If yes, do you sell these products? .......... [ ] Yes [ ] No
(If yes, attach details.)

n) Moxibustion, direct .......... [ ] Yes [ ] No

o) Naturopathy .......... [ ] Yes [ ] No

p) Nutritional Supplements .......... [✓] Yes [ ] No
If yes, do you sell these products? .......... [✓] Yes [ ] No
(If yes, attach details.)

q) Osteopathy .......... [ ] Yes [ ] No

r) Pharmacological & Biological Treatments .. Not Chelation .. [✓] Yes [ ] No
If Chelation Therapy, refer to item (f.)
(If Others, attach details.) Vitamin & Minerals etc

s) Reflexology .......... [✓] Yes [ ] No

t) Reiki .......... [✓] Yes [ ] No

u) Therapeutic Touch .......... [✓] Yes [ ] No

v) Traditional Chinese Medicine .......... [✓] Yes [ ] No

w) Western Herbalism .......... [✓] Yes [ ] No
If yes, do you sell these products? .......... [ ] Yes [ ] No
(If yes, attach details.)

x) Other (If yes, attach details.) .......... [ ] Yes [ ] No

### 2. TESTING OPERATIONS

a) Do you participate in any nutritional or pharmaceutical testing programs? [ ] Yes [✓] No. If yes, are they FDA approved? [ ] Yes [ ] No (If No, attach details.)

### 3. ADDITIONAL INFORMATION

Please attach: **Copy of brochure, or other descriptive literature and Resume**

I understand information submitted herein becomes a part of my General Application and is subject to the same representation and conditions.

Name of Applicant

Title (Officer, partner, etc.)

Signature of Applicant

Date

*Signing this form does not bind the applicant or the Company or the Underwriting Manager to complete the insurance.

EIC 4150-02 3/02