AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
APR 27 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

HOMELAND INSURANCE COMPANY OF NEW  )
YORK, a foreign corporation,        )
            Plaintiff )
            v.                        )   Civil Action No. 9:11-cv-80415
                                      )
VALERIE SFREDDO and JOSEPH SFREDDO AND )
HIPPOCRATES HEALTH INSTITUTE OF     )
FLORIDA, INC.                       )
            Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Valerie Sfreddo
    623 Hudson Bay Drive
    Palm Beach Gardens, Florida 33410

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Ronald L. Kammer, Esq.
    Hinshaw & Culbertson LLP
    9155 South Dadeland Blvd., Suite 1600
    Miami, Florida 33156

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 4/27/11

_____
Signature of Clerk or Deputy Clerk

