LAW OFFICES
## CASEY CIKLIN LUBITZ MARTENS & O'CONNELL
A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS

| | | |
|---|---|---|
| LINDA DICKHAUS AGNANT, P.A. | CHRISTINE M. HOKE | PHILLIP D. O'CONNELL, SR. (1907-1987) |
| BRUCE G. ALEXANDER, P.A. | W. JAY HUNSTON, III | |
| JERALD S. BEER, P.A. | RICHARD A. JAROLEM, P.A. | OF COUNSEL |
| JOHN D. BOYKIN, P.A. | BRIAN B. JOSLYN, P.A. | MICHAEL J. MONCHICK, P.A. |
| RAMSAY J. BULKELEY | GREGORY S. KINO, P.A. | MICHAEL J. KENNEDY, P.A. |
| JESSICA M. CALLOW | CHARLES A. LUBITZ, P.A. | KEVIN D. WILKINSON, P.A. |
| PATRICK J. CASEY, P.A. | RICHARD L. MARTENS, P.A. | |
| RICHARD R. CHAVES, P.A. | BRIAN M. O'CONNELL, P.A. | 515 NORTH FLAGLER DRIVE, 20TH FLOOR |
| PATRICIA M. CHRISTIANSEN, P.A. | PHIL D. O'CONNELL, P.A. | WEST PALM BEACH, FLORIDA 33401-4343 |
| ALAN J. CIKLIN, P.A. | CHARLES L. PICKETT | TELEPHONE: (561) 832-5900 |
| ROBERT L. CRANE, P.A. | NICHOLAS J. PURVIS | FACSIMILE: (561) 833-4209 |
| RONALD E. CRESCENZO, P.A. | MATTHEW N. THIBAUT, P.A. | |
| JEFFREY M. GARBER, P.A. | DEAN VEGOSEN, P.L. | |
| ASHLEY N. GIROLAMO | GARY WALK, P.A. | |
| JASON S. HASELKORN, P.A. | JOHN R. YOUNG, P.A. | |

June 15, 2010

**VIA FACSIMILE**
Ms. Cheryl Scott
Claims Analyst
One Beacon Professional Partners
30 Tower Lane
Avon, CT 06001

    Re:    Insured:    Hippocrates Health Institute of Florida, Inc.
           Policy No.    MFL-0095-09 (7/14/09 – 7/14/10)
           Subject:    Valerie Sfreddo
           OBPP Bordereux No.    OAA-617602

Dear Ms. Scott:

    I am the attorney for Hippocrates Health Institute of Florida, Inc. ("Hippocrates"), the above-referenced insured. Hippocrates received a letter from you dated July 27, 2009 in which you concluded that the matter which had been reported to you was "an incident" as opposed to an active claim. I wanted to bring to your attention that the matter (depending upon insurance policy's definition) may have developed into a "claim" based upon the enclosed letter dated June 9, 2010 which Hippocrates received from an attorney who represents Valerie Sfreddo.

    Please let me know if you require any additional documents or information regarding this matter.

    Very truly yours,

    Jeffrey M. Garber

JMG/dlf
Enclosure
cc:    Brian Clement (via email)
       Bonnie Wishney (via email)
       Alan J. Ciklin, Esq.


EXHIBIT 2



June 9, 2010

Bonnie Wishney
Hippocrates Health Institute
1443 Palmdale Court
West Palm Beach, Florida 33411

    RE:    Our Client / Your "Guest":    Valerie Sfreddo

Dear Ms. Wishney,

    To date we have received no medical record or billing documentation, nor any insurance information from you on behalf of Hippocrates Health Institute. Your failure to provide the requested information is preventing us from performing our due diligence. **Please be advised that in the event we do not receive this information that we properly requested within the next ten days, we intend to file a lawsuit against your facility without completion of the medical malpractice pre-suit requirements.**

    Please conduct yourself accordingly.

    Sincerely,

    Jeff D. Vastola, Esq.

JDV
Sfreddo.letter.Wishney.2
CC: Clients

BOCA RATON
ONE PARK PLACE
P: 561.826.1999

NORTH PALM BEACH
THE ATRIUM BUILDING
63 US HIGHWAY ONE, SUITE 202
NORTH PALM BEACH, FLORIDA 33408
P: 561.721.2800 • F: 561.721.2501

STUART
759 SOUTH FEDERAL HIGHWAY
SUITE 219
STUART, FLORIDA 34994
P: 772.419.0999 • F: 772.419.0998

VERO BEACH
REGATTA PROFESSIONAL SUITES
P: 772.492.1700