

| OneBeacon PROFESSIONAL INSURANCE® | 188 Inverness Drive West, Suite 600 Englewood, CO 80112 | 303.531.3810 t 866.340.5370 f | onebeaconpro.com |

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

September 23, 2010

Brian Clement, Ph.D., L.N.
Hippocrates Health Institute of Florida
1443 Palmdale Court
West Palm Beach, FL 33411

Ms. Bonnie Wishney
Assistant Director
Hippocrates Health Institute of Florida
1443 Palmdale Court
West Palm Beach, FL 33411

SUBJECT:   Insured:      Hippocrates Health Institute of Florida
           Policy #:     MFL-0095-09
           Claim No.:    0AA730087
           Claimant:     Sfreddo, Valerie

Dear Dr. Clement and Ms. Wishney:

Please allow this letter to serve as a follow-up to our previous correspondence to you dated July 22, 2010, and recent phone messages to Ms. Wishney, concerning the above-referenced matter.

As you know, OneBeacon Professional Insurance ("OBPI") is the claims manager for Homeland Insurance Company of New York ("Homeland") in relation to the Medical Facilities and Providers Professional Liability, General Liability and Employee Benefit Liability Policy issued to Hippocrates Health Institute of Florida ("HHIF") under Policy # MFL-0095-09 (the "Policy") effective July 14, 2009 to July 14, 2010.

According to the information received to date, Valerie Sfreddo ("VS") was a patient of HHIF from March 8, 2009 until March 28, 2009. VS is alleging that treatment involving the H-wave machine caused her to have shoulder muscle atrophy that necessitated ongoing treatments including a neurological consultation.

To assist you in understanding this letter, we suggest that the Policy be reviewed together with this letter. This letter does not modify any of the terms and conditions of the Policy. Please note that the words that appear in **bold** print are defined in the Policy.

Please be advised that we have re-evaluated our previous position on coverage relative to the **Claim** involving VS and have concluded that the **Claim** against HHIF is not covered by the Homeland policy as HHIF, prior to the Homeland policy period, had knowledge of the alleged **Wrongful Act** and knew that the matter was a **Claim** as defined by the Policy.



EXHIBIT 3

RECEIVED
SEP 28 2010


**OneBeacon**
PROFESSIONAL INSURANCE®

188 Inverness Drive West, Suite 600
Englewood, CO 80112

303.531.3810 t
866.340.5370 f

onebeaconpro.com

HHIF provided information to OBPI on July 21, 2009 advising that the date of **Claim** was also July 21, 2009, when in fact, HHIF had knowledge that VS was asserting a **Claim** when Dr. Brian Clement met with VS and her husband, Joseph Sfreddo ("JS") on March 23, 2009, to discuss concerns about muscle atrophy following her treatment at HHIF.

A series of emails from April 16, 2009 and June 29, 2009, between JS and Dr. Brian Clement and Ms. Bonnie Wishney with HHIF, referencing the alleged injury to VS and the offer to refund charges from HHIF, all predate the inception date of the Policy, or July 14, 2009.

Insuring Agreement (A) of the Policy provides in relevant part as follows...

**(A)   Claims Made Professional Liability Insurance:**

The Underwriter will pay up to the applicable Limit of Liability shown in ITEM 4.A. of the Declarations on behalf of the **Insured** any **Loss** that the **Insured** is legally obligated to pay as a result of any covered **Claim** for a **Professional Services Wrongful Act** happening on or after the **Retroactive Date;** provided, that the **Claim** is first made against the **Insured** during the **Policy Period**...

A "**Claim**" means any written notice received by an **Insured** that any person or entity intends to hold an Insured responsible for a **Wrongful Act** or an **Occurrence**.

The care in this matter was provided to VS beginning March 8, 2009 through March 28, 2009 and resulted in the meeting between Dr. Brian Clement, VS and JS on March 23, 2009. The March 23, 2009 meeting and all the subsequent communications between VS, JS, and HHIF regarding a **Claim** occurred prior to the Policy Inception Date of July, 14, 2009. As such, we refer you to Section (D) of the Policy Exclusions Applicable to All INSURING AGREEMENTS:

"Except as otherwise expressly provided in this Policy, this Policy does not apply to, and the Underwriter will not pay **Loss**, including **Defense Expenses**, for, any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any actual or alleged:

(1) **Wrongful Act** or **Occurrence** that happened before the **Retroactive Date** if applicable, or <u>after the **Retroactive Date** if, on the Inception Date of this Policy</u> (emphasis added), the Insured knew, had been told, should have known or had notified a prior professional liability insurer or administrator or any other risk transfer instrument that such **Wrongful Act** or **Occurrence** would or could result in a **Claim;**"

Please be advised that there is no coverage available under the Homeland policy for this matter because the **Claim** involves a **Wrongful Act** that happened before the policy period, and for which HHIF knew was a **Claim** prior to the inception date of the Policy.

Accordingly, Homeland will no longer be responsible for defense costs associated with this matter effective immediately and any defense costs generated after the date of this letter will be the responsibility of HHIF.



| OneBeacon PROFESSIONAL INSURANCE® | 188 Inverness Drive West, Suite 600<br>Englewood, CO 80112 | 303.531.3810 t<br>866.340.5370 f | onebeaconpro.com |
|---|---|---|---|

Homeland expressly reserves all of its rights under the Policy and available at law to limit or deny coverage on additional or alternative bases as other terms, conditions, exclusions, endorsements and provisions of the Policy, including representations, statements, declarations and omissions in connection with the **Application** incorporated therein, are found to be applicable. Nothing contained in or omitted from this letter should be deemed to be an admission by Homeland or a waiver of any of its rights.

Please do not hesitate to contact me if you have any questions regarding this letter or if you wish to discuss anything.

Very truly yours,

Maureen Ringland
Assistant Vice President, Claims
Medical/Professional Liability
OneBeacon Professional Partners
188 Inverness Drive West, Suite 600
Englewood, CO 80112
303-531-3810
866-340-5370 (fax)
mringland@onebeacon.com

cc:   Jeffrey M. Garber, Esq.
      Casey Ciklin Lubitz Martens & O'Connell
      515 North Flagler Drive, 20th Floor
      West Palm Beach, FL 33401

      Anthony McNicholas III, Esq.
      Wicker, Smith, O'Hara, McCoy & Ford, P.A.
      515 North Flagler Drive, Suite 1600
      West Palm Beach, Florida 33401

      Sheaka Marston
      Claims Coordinator
      CRC Insurance Services
      1 Metroplex Drive, Suite 400
      Birmingham, AL 35259