UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80415 CV MIDDLEBROOKS/JOHNSON

HOMELAND INSURANCE COMPANY
OF NEW YORK, a foreign corporation,

                Plaintiff,

vs.

VALERIE SFREDDO AND JOSEPH SFREDDO and
HIPPOCRATES HEALTH INSTITUTE
OF FLORIDA, INC.,

                Defendants.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff HOMELAND INSURANCE COMPANY OF NEW YORK ("HOMELAND"), Defendant HIPPOCRATES HEALTH INSTITUTE OF FLORIDA, INC. ("HIPPOCRATES"), Defendant VALERIE SFREDDO and Defendant JOSEPH SFREDDO by and through their respective counsel, hereby stipulate and agree as follows:

1. HOMELAND's Complaint shall be dismissed with prejudice.

2. HIPPOCRATES Counterclaim shall be dismissed with prejudice.

3. Each party shall bear its own attorney's fees and costs.

4. The Court shall retain jurisdiction over this matter for the purposes of entering any and all further orders necessary to enforce the terms of the Stipulation.

DATED this 24th day of August, 2011.

| | |
|---|---|
| **s/Ronald Lee Kammer, Esq.**<br>Florida Bar No. 360589<br>rkammer@hinshawlaw.com<br>HINSHAW & CULBERTSON<br>9155 S. Dadeland Blvd., Suite 1600<br>Miami, FL 33156-2741<br>Tele: 305-358-7747<br>Fax: 305 577-1063<br>Attorneys for Plaintiff Homeland Insurance Company of New York<br><br>**s/Jeff D. Vastola, Esq.**<br>Florida Bar No. 90255<br>jvastola@vastolaw.com<br>JEFF D. VASTOLA P.A.<br>The Atrium Building<br>630 US Highway One, Suite 202<br>North Palm Beach, FL 33408<br>Tele: 561-721-2500<br>Fax: 561-721-2501<br>Attorneys for Defendants Valerie Sfreddo and Joseph Sfreddo | **s/Jeffrey M. Garber**<br>Florida Bar No. 102776<br>jgarber@caseyciklin.com<br>CASEY CIKLIN LUBITZ MARTENS & O'CONNELL<br>515 North Flagler Drive, 20th Floor<br>West Palm Beach, FL 33401<br>Tele: 561-832-5900<br>Fax: 561-833-4209<br>Attorneys for Defendant Hippocrates Health Institute Of Florida, Inc. |