UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80415 CV MIDDLEBROOKS/JOHNSON

HOMELAND INSURANCE COMPANY
OF NEW YORK, a foreign corporation,

               Plaintiff,

vs.

VALERIE SFREDDO AND JOSEPH SFREDDO and
HIPPOCRATES HEALTH INSTITUTE
OF FLORIDA, INC.,

               Defendants.
_____/

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court upon the Stipulation for Dismissal with Prejudice entered into by Plaintiff HOMELAND INSURANCE COMPANY OF NEW YORK ("HOMELAND"), Defendant HIPPOCRATES HEALTH INSTITUTE OF FLORIDA, INC. ("HIPPOCRATES"), Defendant VALERIE SFREDDO and Defendant JOSEPH SFREDDO, and the Court having considered the matter, reviewed the Court file, and being otherwise fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that

1. The Stipulation for Dismissal is hereby approved.
2. HOMELAND's Complaint shall be dismissed with prejudice.
3. HIPPOCRATES Counterclaim shall be dismissed with prejudice.
3. This Court shall retain jurisdiction over this matter for the purposes of entering any and all further orders necessary to enforce the terms of the Stipulation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this_____ day of _____, 2011.

                                            _____
                                            DONALD M. MIDDLEBROOKS,
                                            United States District Judge

Copies furnished:
Ronald Lee Kammer, Esq., rkammer@hinshawlaw.com
Jeff D. Vastola, Esq., jvastola@vastolaw.com
Jeffrey Garber, Esq., jgarber@caseyciklin.com